### HAY & TRICE *vs.* PRESIDENT AND DIRECTORS, &c.

HELD, that, if a suit is brought in the name of the President and Directors of the Branch of the Bank of the State at Batesville, process cannot issue into counties other than that where the suit is brought, unless one of the defendants reside in the latter.